# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND

|  |  |  |
|---|---|---|
|  | * |  |
| **PRAGNABEN HARDIKKUMAR PATEL,** | * |  |
|  | * |  |
| **Petitioner,** | * |  |
|  | * | **Civ. No.: 26-465-MJM** |
| **v.** | * |  |
|  | * |  |
| **VERNON LIGGINS,** *et al.*, | * |  |
|  | * |  |
| **Respondents.** | * |  |
|  | * |  |

\* \* \* \* \* \* \* \* \* \*

## ORDER

Based on a joint notice filed by the partes on February 9, 2026, ECF No. 8, this Court entered an Order dated February 11, 2026, finding that petitioner Pragnaben Hardikkumar Patel is detained under 8 U.S.C. § 1226(a) and directing that, upon motion, she receive a bond hearing before an Immigration Judge, ECF No. 13. Ms. Patel received a bond hearing before an Immigration Judge in LaSalle, Louisiana on March 4, 2026. *See* ECF No. 15. The Immigration Judge entered a written order denying bond because, under Fifth Circuit and Board of Immigration Appeals precedent, the LaSalle Immigration Court lacked jurisdiction. *See* ECF No. 15-1. The Immigration Judge found, however, that Ms. Patel "is not a flight risk nor a danger to the community" and that, had the Immigration Judge found jurisdiction, she would have ordered Ms. Patel's release "under bond in the amount of $25,000 with the additional requirement that DHS can place an ankle monitor on her if it chooses to do so." *Id.*

This Court rejects the Immigration Judge's denial of jurisdiction as inconsistent with this Court's Order of February 11, 2026, but adopts the Immigration Judge's findings with respect to

flight risk and danger to the community and, on that basis, orders Ms. Patel's release from custody under the conditions determined by the Immigration Judge.

For the foregoing reasons and additional reasons explained on the record during the status conference on March 12, 2026, it is by the United States District Court for the District of Maryland hereby ORDERED that:

1. Respondents SHALL RELEASE petitioner Pragnaben Hardikkumar Patel from custody under bond in the amount of $25,000 and with location monitoring by ankle monitor, subject to the discretion of the Department of Homeland Security;

2. Petitioner Pragnaben Hardikkumar Patel shall file a report no later than March 26, 2026, addressing the status of her release and whether she seeks any further relief in this matter.

It is so ORDERED this __12th__ day of March, 2026.

_____
Matthew J. Maddox
United States District Judge